UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of _Marlaina Easton v. College of Lake County, et al_

07CV 6127
JUDGE DARRAH
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

_Marlaina Easton_

FILED
OCT 30 2007
Oct. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | _[signature]_ |
|---|---|
| FIRM | (same) |
| STREET ADDRESS | 100 N. Hale |
| CITY/STATE/ZIP | Wheaton, IL 60187 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 0956252 | TELEPHONE NUMBER 630 462-7979 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐