**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6127 |
| MARLAINA EASTON | |
| v. | |
| COLLEGE OF LAKE COUNTY, | |
| Dr. Jean Kartje and Board of Trustees | |
| of the College of Lake County | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COLLEGE OF LAKE COUNTY, DR. JEAN KARTJE AND BOARD OF TRUSTEES OF THE COLLEGE OF LAKE COUNTY

| |
|---|
| NAME (Type or print) |
| Elizabeth McDuffie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Elizabeth McDuffie |
| FIRM |
| Gonzalez Saggio and Harlan, L.L.C. |
| STREET ADDRESS |
| 35 East Wacker Drive, Suite 500 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 312.566.0040 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐