

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Michael W. Dobbins**  (312) 435-7631
**Clerk of Court**

January 7, 2008

Robert V Gildo
Attorney at Law
120 N Lahe, Unit D
Wheaton, IL 60187

Attn. Mr. Gildo,

Please be advised that payment for filing fee of case 07CV06127 we received on October 30, 2007, check # 3128 in the amount of $350.00 was twice returned to us from your bank due to not sufficient funds. I have tried to inform you of this return check through telephone since October 30, 2007. As of today we have not received any response from you.

Please immediately remit a cashier's check or money order in the amount of $350.00 plus $45.00 service fee ($395.00) Payable to: Clerk, U.S. District Court. Please include with the check, the case number and the reason you are remitting the payment. If we do not receive payment within five days of receipt of this letter, this matter will be referred to Hon. Judge Joan H. Lefkow.

If you have any questions you may reach me at (312) 435-7631. Thank you for your attention on this matter.

Sincerely,


s/Emilia Garcia


Emilia Garcia
Fiscal Department
U.S. District Court
219 S. Dearborn
Chicago, IL 60604


CC: Hon. Judge Joan H. Lefkow
    Nelida Finch, Operations Manager