IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARLAINA EASTON,

      Plaintiff,

v.

COLLEGE OF LAKE COUNTY
Dr. Jean Kartje and Board of Trustees
of the College of Lake County,

      Defendants.

Case No. 07 CV 6127
Judge John W. Darrah
Courtroom 1203
Magistrate Geraldine Soat Brown
Courtroom 1812

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Robert V. Gildo
        Law Offices of Robert V. Gildo
        120 North Hale
        3rd Floor
        Wheaton, IL 60187

Please take notice that on March 10, 2008 we filed Defendants' Motion to Dismiss Complaint and Memorandum in Support of Motion to Dismiss, copies of which are attached and hereby served upon you.

s/Lynn U. Thorpe

Lynn U. Thorpe
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312-236-0475
Fax　312-236-1750
E-mail: lynn_Thorpe@gshllp.com

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following : N/A and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Robert V. Gildo
Law Offices of Robert V. Gildo
120 North Hale
3rd Floor
Wheaton, IL 60187

s/Lvnn U. Thorpe

Lynn U. Thorpe
35 East Wacker Drive
Suite 500
Chicago, IL 60601
Phone 312-236-0475
Fax 312-236-1750
E-mail: lynn_thorpe@gshllp.com