# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6127 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Easton vs. College of Lake County | | |

**DOCKET ENTRY TEXT**

Defendant's motion to dismiss [11] is entered and briefed as follows: response by 4/17/08., reply by 5/1/08. Status hearing set for 6/5/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|