

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6127 | **DATE** | 7/10/2008 |
| **CASE TITLE** | Marlaina Easton vs. College of Lake County, et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motion to dismiss [11] is granted in part and denied in part. Plaintiff is granted leave to file an amended complaint consistent with this opinion and the requirements of FRCP 11 within thirty days of the entry of this judgment. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|