

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARLAINA EASTON, )
        Plaintiff, )
v. ) No. 07 CV 6127
 )
COLLEGE OF LAKE COUNTY, )
DR. JEAN KARTJE and BOARD )
OF TRUSTEES OF THE COLLEGE ) Judge John W. Darrah
OF LAKE COUNTY )
 )
        Defendants. )

FILED
AUG 14, 2008
AUG 1 4 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Supplemental Amendment to Plaintiff's Complaint**

Now come Plaintiff, Marlaina Easton and for her Supplemental Amendment to her Complaint in the above captioned matter, pursuant to leave granted in the counts 7-10-08 Memorandum Opinion and Order, states as follows:

S-1. Between August 1, 2006, when Marlaina filed a Complaint with the Equal Employment Opportunity Commission (EEOC), and July, 2007, when Defendant Dean (Dr. Jean Kartje) was terminated from the College, the EEOC investigated the Complaint of Marlaina. In this respect amends paragraph 15 of her Complaint to change the scriveners error as to the date the Dean was terminated from "July 2006" to July 2007.

S-2. On several occasions during their that period Marlaina informed the EEOC of her complaints against the Defendant, Dean which complaints are set forth in paragraph 15 of this Complaint.

S-3. On information and belief, during the period between August 1, 2006 and July 2007, the Dean was informed by the College of Marlaina's complaints against her

and had the opportunity to participate in the conciliation procedures before the EEOC.

S-4. Counts I and II are amended to reallege paragraphs S-1, S-2 and S-3.

Respectfully submitted,

*Robert V. Gildo*

Robert V. Gildo, on behalf of
**Marlaina Easton**

Robert V. Gildo
120 North Hale, 3rd Floor
Wheaton, Illinois 60187
(630) 462-7979 / fax (462-8067)

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 8, 2008 I filed the foregoing with the Clerk of Court by mailing a copy of the foregoing by United States Postal Service to the following:

>Michael W. Dobbins
>Clerk U.S. District Court
>United States Courthouse
>Chicago, Illinois 60604

I further certify that on August 8, 2008 I mailed by United States Postal Service, a copy of the foregoing documents to:

>Lynn U. Thorpe
>35 East Wacker Drive
>Suite 500
>Chicago, Illinois 60601

Respectfully Submitted,

*[signature]*

Robert V. Gildo
Attorney At Law