AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Marlaina Easton                                              **JUDGMENT IN A CIVIL CASE**

      v.                                                                    Case Number: 07 C 6127

College of Lake County, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that In contravention of the local rules of this district, Easton failed to provide a response to Defendants' Motion for Summary Judgment. The motion is granted on that basis alone. Furthermore, Defendants have met their burden of demonstrating the absence of any genuine issue of material fact such that they are entitled to summary judgment as a matter of law, and Easton has not presented any evidence to rebut Defendants' arguments and factual assertions. Accordingly, Defendants' Motion for summary Judgment is granted in its entirety. All remaining claims against Defendants are hereby dismissed.

                                                           Michael W. Dobbins, Clerk of Court

Date: 12/21/2009                                        _____

                                                                   /s/ Gladys Lugo, Deputy Clerk